

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| JESUS GÁNDARA a/k/a JESUS GÁNDARA, JR., | § § | No. 08-15-00201-CR |
| Appellant, | § | Appeal from the |
|  | § | 210th Judicial District Court |
| v. | § | of El Paso County, Texas |
| THE STATE OF TEXAS, | § | (TC# 20130D03286) |
| Appellee. | § |  |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes there was error in the judgment. We therefore reverse the conviction and render a judgment of acquittal, in accordance with our opinion. We further order that this decision be certified below for observance.

IT IS SO ORDERED THIS 16TH DAY OF NOVEMBER, 2016.

YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rodriguez, and Hughes, JJ.